

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTIONS**

Cause number:                01-16-00224-CV

Style:                            Vozzarron, Inc. v. Harris County Appraisal District

Date motions filed*:        August 15, 2016

Type of motions:            Second Motion for Extension of Time to File Motion for Rehearing or

                                    Abeyance, Request for Service from District Court or District Clerk or

                                    Both and Extension of Time to File Response After Service

Party filing motions:       Appellant's Pro Bono Counsel Rick Soliz

Document to be filed:      Proof of Payment of Fees and Response to Jurisdictional Notice

If motion to extend time:

    Original due dates:              5/9/16 (Response) & 8/15/16 (Payment)

    Number of extensions granted:     1        Current Due Dates:  5/23/16 & 8/15/16

    Dates Requested:                 August 25, 2016 or any amount of time

Ordered that motions are:

☑ Granted

        If document is to be filed, document due:  September 14, 2016.
        ☑        No further extensions of time will be granted.

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☑ Other: _____

On May 19, 2016, this Court granted appellant's first extension request to file his response to the jurisdictional notice until May 23, 2016.  On July 14, 2016, this Court ordered appellant to file evidence of payment of the filing and clerk's record fees by August 15, 2016.  Because appellant's second extension states, among other things, that he timely filed a motion for new trial and notice of appeal and needs time to contact the district clerk for those records, this extension is **granted**, but **no further extensions will be granted**.  *See* TEX. R. APP. P. 10.5(b)(1)(C).  Accordingly, if appellant's proof of payment and response are not filed by **September 14, 2016**, this Court will dismiss this case without further notice.  *See id.* 5, 37.3(b), 42.3(a), (b), (c).

Judge's signature: /s/ Laura Carter Higley
                        ☒Acting individually

Date:  August 18, 2016

November 7, 2008 Revision